Robert J. Herrington (SBN CA 234417)
Benjamin S. Kurtz (SBN CA 280515)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Tel: 310.586.7700; Fax: 310.586.7800
herringtonr@gtlaw.com
kurtzb@gtlaw.com

Attorneys for Defendants HEALTH-ADE LLC and
WHOLE FOODS MARKET CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA BAYOL and BRUCE VERBECK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH-ADE LLC and WHOLE FOODS MARKET CALIFORNIA INC.,<br><br>Defendants. | CASE NO.  3:18-cv-01462 MMC<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>[Hon. Maxine M. Chesney]<br><br>ACTION FILED:  March 6, 2018<br>TRIAL DATE:     None Set |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Whole Foods Market California, Inc. certifies as follows:

- Whole Foods Market California, Inc. is wholly owned by Whole Foods Market, Inc. Whole Foods Market, Inc. is an indirect subsidiary of Amazon.com, Inc., a publicly held company.

DATED:  June 28, 2018               GREENBERG TRAURIG, LLP

By: */s/ Robert J. Herrington*
Robert J. Herrington
Benjamin S. Kurtz
Attorneys for Defendants
HEALTH-ADE LLC and
WHOLE FOODS MARKET CALIFORNIA, INC.