IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA BAYOL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HEALTH-ADE LLC, et al.,<br><br>    Defendants. | Case No. 18-cv-01462-MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |
| LYNETTE GONZALEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HEALTH-ADE LLC,<br><br>    Defendant. | Case No. 18-cv-01836-MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

Before the Court are two motions: (1) "Motion for Appointment of Interim Class Counsel," filed June 28, 2018, by plaintiffs in Bayol v. Health-Ade, LLC; and (2) "Motion for Appointment of Interim Class Counsel," filed July 12, 2018, by plaintiffs in Gonzalez v. Health-Ade, LLC. The motions have been fully briefed. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision on the parties' respective written submissions, and hereby VACATES the hearing scheduled for August 24, 2018.

**IT IS SO ORDERED.**

Dated: August 21, 2018

MAXINE M. CHESNEY
United States District Judge