**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
　　　　jsmith@bursor.com
　　　　ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA BAYOL and BRUCE VERBECK, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HEALTH-ADE LLC, and WHOLE FOODS MARKET CALIFORNIA, INC.,<br><br>　　　　　　　　Defendant. | Case No. 3:18-cv-01462 MMC<br><br>**ORDER APPROVING AWARD OF ATTORNEY'S FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS**<br><br>Judge: Hon. Maxine M. Chesney |

1          The Court, having reviewed the papers filed in support of Plaintiffs' Motion for an Award of
2   Attorney's Fees, Costs and Expenses, and Incentive Awards for the Class Representatives, heard the
3   arguments of counsel, and good cause appearing therefore, the motion is hereby GRANTED and it
4   is ORDERED as follows:
5          1.      The Court awards $999,375 in attorney's fees for Bursor & Fisher, P.A. ("Class
6   Counsel") as attorney's fees.
7          2.      The Court awards to Plaintiffs Gabriela Bayol and Bruce Verbeck $2,000 each as an
8   incentive award for their participation in this matter.
9          3.      The Court awards $14,252.78 to Bursor & Fisher, P.A. as reimbursement of out-of-
10  pocket expenses in connection with the prosecution of this matter.
11         4.      Defendants shall pay the above attorney's fees, costs and expenses, and incentive
12  awards pursuant to and in the manner provided by the terms of the Settlement Agreement.
13  IT IS SO ORDERED.

Date:  October 11, 2019

_____
Hon. Maxine M. Chesney
United States District Judge

[PROPOSED] ORDER APPROVING AWARD OF ATTORNEY'S FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS
CASE NO. 3:18-cv-01462 MMC

1